UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| ALAN MICHAEL FRANK | CIVIL ACTION NO. 13-cv-1494 |
| VERSUS | JUDGE WALTER |
| DAVID WADE CORRECTIONAL CENTER, ET AL | MAGISTRATE JUDGE HORNSBY |

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the **Motion to Dismiss (Doc. 78)** filed by the Louisiana Department of Corrections is **granted** and all claims against the Louisiana Department of Corrections are dismissed for lack of subject-matter jurisdiction.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the ___5___ day of ___Jan___, 2015.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE